UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELISSIA C. MATKIN,

    Plaintiff,

v.

                                Case No. 6:23-cv-00289

FIRST CREDIT SERVICES, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that MELISSIA C. MATKIN ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant, FIRST CREDIT SERVICES, INC., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated on this 25th day of April 2023.

                                                                     */s/ Franklin A. Jara*
                                                                     Franklin A. Jara, Esq.

>Florida Bar No. 636681
>Counsel for Plaintiff
>Sulaiman Law Group, Ltd
>2500 South Highland Avenue
>Suite 200
>Lombard, IL 60148
>Telephone: (331) 272-8010
>fjara@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

>*/s/ Franklin A. Jara*
>Franklin A. Jara, Esq.