UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MELISSIA C. MATKIN,**

      **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　Case No.  6:23-cv-289-CEM-EJK

**FIRST CREDIT SERVICES INC.,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Settlement (Doc. 18), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Court declines to retain jurisdiction to enforce the parties' settlement agreement. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 25, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record